IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **M.R. and J.R., Parents of minor child, E.R.,** | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | NO. 11-2235 |
| **RIDLEY SCHOOL DISTRICT** | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 13th day of August, 2012, upon consideration of the "Motion of M.R. and J.R. Parents of Minor Child E.R., for Judgment on the Pleadings" (Doc. No. 8) and the responses and replies thereto; "Defendant Ridley School District's Motion for Judgment on the Pleadings" (Doc. No. 15) and the responses and replies thereto; and for reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. M.R. and J.R.'s Motion for Judgment on the Pleadings is **GRANTED**, such that:

    - Defendant Ridley School District shall pay the costs of E.R.'s placement at the Benchmark School, including transportation, from April 21, 2009 through the exhaustion of all appeals from the decision of the Administrative Hearing Officer;

    - Counsel for the parties are directed to confer and attempt to reach a stipulation as to the amounts due within thirty (30) days from the date of this Order. Counsel may request a hearing if a stipulation cannot be reached;

- Any petition for counsel fees shall be submitted after entry of a final order determining the amounts due for the pendent placement.

2. Ridley School District's Motion for Judgment on the Pleadings is **DENIED**.

**WHEREFORE**, judgment is entered in favor of M.R. and J.R. and against Ridley School District.

**BY THE COURT:**

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG, J.**